UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER           :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
:
:
:
:
-----------------------------------------------------------------X
JOHN COLUCCI AND THERESA COLUCCI,        :   07-CV-01485-AKH
:
Plaintiffs,    :   **APPEARANCE**
:
   - against -                           :
:   **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*,       :
:
Defendants.    :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
        October 3, 2007

                            By:     /s/ Judith R. Cohen
                                    _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.

DOCSNY-271418v01